IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


TAMMY LEE MCCULLOUGH                                                      PLAINTIFF

v.                          Civil No. 2:09-cv-02018

MICHAEL J. ASTRUE                                                         DEFENDANT
Commissioner, Social Security Administration


**ORDER**

Plaintiff has requested an extension to file her appeal brief.  Defendant has no objections to this request.  Considering this request, the Court finds it is well-taken and is **GRANTED.  Plaintiff has until November 12, 2009 to file her appeal brief.**

ENTERED this 2nd day of November, 2009.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

1