IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TAMMY LEE MCCULLOUGH                                      PLAINTIFF

vs.                   Civil No. 2:09-cv-02018

MICHAEL J. ASTRUE                                            DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Now on this 24th day of February 2010, comes for consideration the Report and Recommendation dated February 1, 2010 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas (doc. 18). Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, affirms the decision of the Administrative Law Judge, denies Plaintiff's Motion for Remand (doc. 7) and dismisses Plaintiff's complaint with prejudice.

      IT IS SO ORDERED.

                                                 /s/ Robert T. Dawson
                                                 HON. ROBERT T. DAWSON
                                                 UNITED STATES DISTRICT JUDGE